A05A1991. JENKINS v. BLUE MOON CYCLE, INC. et al.
(647 SE2d 605)

BARNES, Chief Judge.

In *Blue Moon Cycle, Inc. v. Jenkins*, 281 Ga. 863 (642 SE2d 637) (2007), the Supreme Court reversed the judgment of this court, which had reversed in part the trial court's grant of Blue Moon Cycle, Inc.'s motion for summary judgment in *Jenkins v. Blue Moon Cycle, Inc.*, 277 Ga. App. 733 (627 SE2d 440) (2006).

Accordingly, our judgment in that case is vacated, the judgment of the Supreme Court is made the judgment of this court, and the trial court's grant of summary judgment to Blue Moon on Jenkins' claims of false arrest, malicious prosecution, and false imprisonment is affirmed.

*Judgment affirmed. Johnson, P. J., and Ruffin, J., concur.*

DECIDED JUNE 4, 2007.

Duane A. Jenkins, *pro se.*
*William R. Youngblood*, for appellees.